# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY A. VERA, | |
| Plaintiff | NO. 3:04-CV-1879 |
| v. | (JUDGE CAPUTO) |
| JOANNE B. BARNHART, Commissioner of Social Security, | |
| Defendants. | |

## ORDER

**NOW**, this  27th  day of September, 2005, upon review of Magistrate Judge Thomas M. Blewitt's Report and Recommendation (Doc. 13) for clear error or manifest injustice,

**IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation is hereby **ADOPTED**.

(2) Plaintiff's appeal is **GRANTED** insofar as it seeks reversal and remand of the ALJ's decision.

(3) The ALJ's decision is **REVERSED** and this action is **REMANDED** in accordance with sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this ruling.

(4) The Clerk of the Court shall mark this case **CLOSED**.

 /s/ A. Richard Caputo  
A. Richard Caputo  
United States District Judge